IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FLOYD ROBINSON, Inmate #A-66413,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 03-243-GPM |
| | ) |
| **MELVIN POWERS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Pending before the Court are three motions from Plaintiff: a motion to reconsider (Doc. 12), a motion to submit new financial information (Doc. 13), and a motion for the Court to apply 28 U.S.C. § 1915(b) (Doc. 14). In each motion, he seeks essentially the same relief: he wishes to be allowed to pay the $150 filing fee for this action under the installment plan set forth in 28 U.S.C. § 1915(b).

The Court previously denied Plaintiff's motion to proceed *in forma pauperis*, finding that he was barred from proceeding *in forma pauperis* due to the three-strikes provision. *See* 28 U.S.C. § 1915(g). This finding means that he must pay the full filing fee upon the filing of this, or any, case; the installment plan of § 1915(b) is not available to him. Therefore, each of these three pending motions is **DENIED**.

**IT IS SO ORDERED.**

DATED: 04/26/05

                                                             s/ G. Patrick Murphy
                                                            G. PATRICK MURPHY
                                                            Chief United States District Judge